# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-1346

_____

LARRY BARBER,

Appellant,

v.

T.M. WINDOW & DOOR, LLC,

Appellee.

_____

On appeal from an order of the Judge of Compensation Claims. Iliana Forte, Judge.

Date of Accident: November 11, 2006.

October 16, 2018

PER CURIAM.

AFFIRMED.

RAY, KELSEY, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Larry Barber, pro se, Appellant.

No appearance for Appellee.